# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILTON WASHINGTON, :
    Plaintiff, :
     :
v. : CIVIL ACTION NO. 21-CV-0159
     :
LEHIGH COUNTY DISTRICT :
ATTORNEY'S OFFICE, *et al.*, :
    Defendants. :

## ORDER

AND NOW, this 24th day of May 2021, upon consideration of Milton Washington's Motion to Proceed *In Forma Pauperis* (ECF No. 2), Prisoner Trust Fund Account Statement (ECF No. 9), and *pro se* Complaint (ECF No. 1), and for the reasons stated in the accompanying memorandum, it is **ORDERED** that:

1. Washington's Complaint (ECF No. 1) is **DISMISSED with prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim.

2. Washington's Motion to Proceed *In Forma Pauperis* (ECF No. 2) is **DISMISSED as moot**.

3. The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

                BY THE COURT:

                /s/ Cynthia M. Rufe

                **CYNTHIA M. RUFE, J.**